United States District Court
Southern District of Texas
FILED

FEB 21 2012

David J. Bradley, Clerk of Court

## DEBTOR(S)' MOTION TO MODIFY CONFIRMED PLAN

The Debtor(s) file this Motion to Modify their confirmed plan.

1. **HISTORY OF CASE.** This case was filed on 4/1/09. The plan was confirmed on 11/5/09. The plan has previously been modified by order(s) entered on the following dates n/A.

2. **REASON FOR MODIFICATION.** Income and default, Request extension of three months to.

3. **PLAN PAYMENTS UNDER CONFIRMED PLAN.** [1] The current plan (as modified through this date) requires payments as follows:

    A. Months: 36          Payment: $ 1280
    B. Months: _____     Payment: $ _____
    C. Months: _____     Payment: $ _____

4. **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totaling $ 39672. Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

5. **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** [1] The proposed modified plan requires future payments as follows:

    A. Months: 10          Payment: $ 1,000
    B. Months: _____     Payment: $ _____
    C. Months: _____     Payment: $ _____

6. **CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the chapter 13 trustee as follows:

    Dollar amount in default:        $3272
    Number of months in default:     2 months
    Last payment made:               2/13/2012
    Amount of last payment:          $320

7. **PROPOSED PLAN MODIFICATIONS:**

    A. All payment defaults set forth in paragraph 6 are cured by this modification.
    B. _____
    C. _____
    D. _____

---

[1] Completion of paragraphs 3, 4 and 5 satisfies the requirements of BLR 3015(d)(3) for a side-by-side table.

8.      **INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the Court.

9.      **BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "B".

10.     ~~ATTORNEYS' FEES (Check one):~~   Pro-Se

_____ Debtor(s)' counsel shall be paid [insert a maximum of $400] as a fixed fee for this modification. This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

_____ If Debtor(s)' counsel seeks compensation, a separate application will be filed. If no application is filed, no compensation will be paid.

Dated: _[signature]_                          2.20.12
Signature of Debtor                           Date

_____               _____
Signature of Debtor                           Date
Pro-Se Debtor
Name, Address, and Signature of Debtor(s)' Attorney

National Data Center | Chapter 13 Bankruptcy Case Information                                    Page 1 of 2

| CASE NUMBER | 0910167 | CASE STATUS | OPEN CASE | DATE CONFIRMED | 11/5/2009 |
|---|---|---|---|---|---|
| DEBTOR 1 NAME | LORENA SALAZAR | TRUSTEE NAME | CINDY BOUDLOCHE | DATE CLOSED | N/A |
| DEBTOR 2 NAME | | TRUSTEE CITY | CORPUS CHRISTI, TX | LAST RECEIPT DATE | 2/13/2012 |

## Account Ledger

| Date | Claim Number | Name Of Party | Check Number | Description | Receipt Amount | Payment Amount |
|---|---|---|---|---|---|---|
| 5/6/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $528.00 | |
| 5/21/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $528.00 | |
| 6/8/2009 | | N/A | | MONEY ORDER W/ HOLD | $528.00 | |
| 6/19/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $528.00 | |
| 7/6/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $528.00 | |
| 7/20/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $528.00 | |
| 8/3/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $528.00 | |
| 8/17/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $528.00 | |
| 9/3/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $528.00 | |
| 9/17/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $640.00 | |
| 10/2/2009 | | N/A | | EMPLOYER PAYROLL DEDUCTION CHECK | $640.00 | |
| 10/27/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 10/28/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 11/16/2009 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 12/1/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 12/28/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 12/29/2009 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 1/7/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 1/22/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 2/4/2010 | | N/A | | MONEY ORDER W/ HOLD | $320.00 | |
| 2/19/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 3/4/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 3/19/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 4/16/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 5/3/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 5/14/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 5/28/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 6/30/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $680.00 | |
| 7/9/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 7/22/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 8/20/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 9/2/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 9/16/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 9/30/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 10/14/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 10/20/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 10/28/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 11/12/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 11/30/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 12/9/2010 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 12/23/2010 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 1/6/2011 | | N/A | | MONEY ORDER W/ HOLD | $320.00 | |
| 1/20/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 2/18/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 3/3/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 3/17/2011 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 3/23/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 3/31/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 4/6/2011 | | N/A | | MONEY ORDER W/ HOLD | $320.00 | |
| 4/18/2011 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 4/28/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 5/12/2011 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 6/3/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 6/9/2011 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |
| 6/23/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 7/5/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 7/21/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 8/1/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 8/19/2011 | | N/A | | MONEY ORDER W/ HOLD | $960.00 | |
| 9/1/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 9/22/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $320.00 | |
| 9/26/2011 | | N/A | | MONEY ORDER FROM DEBTOR | $640.00 | |
| 10/11/2011 | | N/A | | MONEY ORDER W/ HOLD | $640.00 | |

| Date | | Description | Amount |
|---|---|---|---|
| 10/24/2011 | N/A | MONEY ORDER FROM DEBTOR | $640.00 |
| 11/7/2011 | N/A | MONEY ORDER W/ HOLD | $320.00 |
| 11/23/2011 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |
| 12/6/2011 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |
| 12/19/2011 | N/A | MONEY ORDER W/ HOLD | $320.00 |
| 1/3/2012 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |
| 1/17/2012 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |
| 1/30/2012 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |
| 2/13/2012 | N/A | MONEY ORDER FROM DEBTOR | $320.00 |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.