

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| In Re: | § | | ENTERED |
| LORENA SALAZAR | § | Case No. 09-10167-B-13 | 06/06/2014 |
| | § | Chapter 13 | |
| | § | | |
| Debtor | § | JUDGE RICHARD SCHMIDT | |

ORDER DEEMING THE MORTGAGE CURRENT          106
AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED:**

1. That based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

   CITIMORTGAGE
   Last four digits of account number:   3789

2. That (i) The claims of the above-listed creditor(s) are deemed current; (ii) all escrow deficiencies, if any, are deemed cured; and (iii) all legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full as of the next payment due date set forth below. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3. That If the mortgage has not been paid in full by the Trustee, the Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** |
|---|---|---|
| **CITIMORTGAGE**<br>PO BOX 689196<br>DES MOINES, IA  50368-9196 | $35.87 | May 2014 |

June 6, 2014

SIGNED this _____ day of _____, 20___

_____
THE HONORABLE RICHARD SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE